IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-02183-WDM-BNB

JULIE WESTERMAN,

    Plaintiff,

v.

ALAMOSA COUNTY SHERIFF'S,
DAVID STRONG,
JOHN BIANCA AND
RONALD GOODMAN,

    Defendant(s).
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Upon notification this case has settled, jury trial **October 17, 2005,** is vacated. Documents Nos. 84 & 102 are moot.

Dated:  July 19, 2005

                                                /s/ Jane Trexler, Secretary/Deputy Clerk